In the Matter of the Accounting of BROOKLYN TRUST COMPANY, as Trustee under the Will of FRANK P. ROSSITER, Deceased, Respondent.

LUCIUS T. ROSSITER et al., Appellants; C. LAWRENCE ROSSITER et al., as Executors of CLINTON L. ROSSITER, Deceased, Respondents.

(Argued June 11, 1930; decided July 8, 1930.)

*John G. Poore* for Lucius T. Rossiter, appellant.

*Frederick A. Keck,* special guardian, appellant.

*Ralph W. Crolly* for Brooklyn Trust Company, as trustee, respondent.

*Raimond E. Dee* and *Millard F. Tompkins* for executors of Clinton L. Rossiter, deceased, respondent.

Order affirmed, with costs to the respondents Rossiter, etc., as executors of the will of Clinton L. Rossiter payable out of the estate of Frank P. Rossiter; no opinion.

Concur: CARDOZO, Ch. J., POUND, KELLOGG, O'BRIEN and HUBBS, JJ. Not voting: CRANE, J. Not sitting: LEHMAN, J.